**DAVID R. HOUSTON, ESQ.**
Nevada Bar No. 2131
**LAW OFFICE OF DAVID R. HOUSTON**
A Professional Law Corporation
432 Court Street
Reno, Nevada 89501
Telephone: 775.786.4188
Facsimile: 775.786.5573
*Attorney for Defendant*

```
_____ FILED       _____ RECEIVED
_____ ENTERED     _____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         DEC -- 2 2010

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____  DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAIME LOPEZ-ESTRADA<br>also known as<br>JAIME LOPEZ<br>also known as<br>URIEL LOPEZ,<br><br>Defendant. | Case No.   3:10-cr-00017 |

## SUBSTITUTION OF ATTORNEY

_____JAIME LOPEZ-ESTRADA_____, Defendant, hereby substitutes DAVID R. HOUSTON, ESQ., Address: 432 Court Street, Reno, NV 89501; Telephone: (775) 786 4188; as attorney of record in place and stead of _____RAMON ACOSTA, ESQ._____.

Dated this 29 day of November 2010.

*[signature]*
DEFENDANT
as per phone authorization

I consent to the above substitution;

Dated this 1st day of December 2010.

*[signature]*
RAMON ACOSTA, ESQ.

//

Substitution of Attorney - 1

1  I am duly admitted to practice in this district.
2  Above substitution accepted.
3
4  Dated this 29 day of November 2010.
   
   _____
   DAVID R. HOUSTON, ESQ.
5
6  Please Check one box:  X   RETAINED   ☐   APPOINTED BY COURT
7
8                                          **APPROVED:**
9
10 DATED: December 2, 2010
   
   _____
11                                         UNITED STATES DISTRICT COURT JUDGE
   (Edward C. Reed)

Substitution of Attorney - 2

**AFFIRMATION**

**Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document does not contain the Social Security Number of any person.

**DATED** this  2  day of    December            , 2010

_____
Alisha Theofanides

**CERTIFICATE OF SERVICE**

The undersigned does hereby affirm that I am an Employee of the Law Office of David R. Houston and that on this date, I caused to be delivered via electronic transmission a true and correct copy of the within document, to the below-named:

Ramon Acosta  
US Public Defender's Office  
201 W. Liberty Street, Suite 102  
Reno, NV 89501

Megan Rachow  
United States Attorney's Office  
100 W. Liberty, Suite 160  
Reno, NV 89501

**DATED** this  2  day of    December            , 2010

_____
Alisha Theofanides

1